34

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL DARNELL NELSON, Defendant-Appellant.

(No. 74-238; )

Fifth District—August 11, 1975.

Opinion by Mr. PRESIDING JUSTICE JONES.

Paul Bradley, and Jan H. Stonecipher, both of State Appellate Defender's Office, of Chicago, for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville (Bruce D. Irish and Raymond F. Buckley, Jr., both of Illinois State's Attorneys Association, of counsel), for the People.